FILED
DISTRICT COURT OF GUAM
SEP 12 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br><br>JOSEPH ANTHONY MESA,<br>JEFFREY ANTHONY ESPINOSA,<br>GINGER PEREZ HAMAMOTO, and<br>SHARDAE ROXANNE U. LOVE,<br><br>Defendants. | MAGISTRATE CASE NO. 05-00046<br><br>O R D E R |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent defendant **JOSEPH ANTHONY MESA**; **JOAQUIN C. ARRIOLA, JR.** is appointed to represent defendant **JEFFREY ANTHONY ESPINOSA**; **G. PATRICK CIVILLE** is appointed to represent defendant **GINGER PEREZ HAMAMOTO**; and **RAWLEN MANTANONA** is appointed to represent defendant **SHARDAE ROXANNE U. LOVE**.

Dated this 12th day of September, 2005.

JOAQUIN V. E. MANIBUSAN, JR. Magistrate Judge
U.S. DISTRICT COURT OF GUAM