# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

USA,

Plaintiff,

vs.

Jeffrey Anthony Espinosa,

Defendant.

Case No. 1:05-mj-00046-002

**CERTIFICATE OF SERVICE**

The following office(s)/individual(s) acknowledged receipt of the ***CJA 20 Voucher filed September 14, 2005***, on the dates indicated below:

*Joaquin V. E. Arriola, Jr.*
*September 14, 2005*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

***CJA 20 Voucher filed September 14, 2005***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 15, 2005

/s/ Marilyn B. Alcon
Deputy Clerk