# ORIGINAL

1 │ LEONARDO M. RAPADAS
    United States Attorney
2 │ MARIVIC P. DAVID
    Assistant U.S. Attorney
3 │ Suite 500, Sirena Plaza
    108 Hernan Cortez Ave.
4 │ Hagåtña, Guam 96910
    PHONE: 472-7332
5 │ FAX: 472-7334

6 │ Attorneys for the United States of America

**FILED**

DISTRICT COURT OF GUAM

SEP 22 2005

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 05-00046 |
| | ) | |
| Plaintiff, | ) | **UNITED STATES' MOTION TO** |
| | ) | **DISMISS COMPLAINT** |
| vs. | ) | |
| | ) | |
| | ) | |
| JOSEPH ANTHONY MESA, | ) | |
| JEFFREY ANTHONY ESPINOSA, | ) | |
| GINGER PEREZ HAMAMOTO, and | ) | |
| SHARDAE ROXANNE U. LOVE, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

COMES NOW the plaintiff, United States of America, by and through its undersigned

attorney, and moves that the Complaint, in the above captioned matter, be dismissed, for the

reasons that the defendants have been charged through an Indictment on September 21, 2005,

under Criminal Case No. 05-00066, which said Indictment has incorporated similar criminal acts

described in the Complaint.

Respectfully submitted this 22nd day of September, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
    MARIVIC P. DAVID
    Assistant U.S. Attorney